IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KARLA LEARY,<br><br>　　　　Plaintiff,<br>　　vs.<br>ROBERT WAYNE DAVIS, ALEXANDER SMITH, PATRICK FOSTEY; IND-COMM MANAGEMENT, INC., IND-COMM, INC., NATIONAL IND-COMM, LLC, NATIONAL MORTGAGE REAL ESTATE CORP., and HAWAIIAN PROPERTIES, LTD.,<br><br>　　　　Defendants.<br>_____ | CIVIL NO. 06-00256 HG-BMK |

## ORDER MODIFYING AND ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on January 19, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation (Doc. 12) are adopted as the opinion and order of this Court, except that the case number on the first page is hereby corrected from "CV. NO. 06-00256 JMS-BMK" to "CV No. 06-00256 HG-BMK".

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 12, 2007.



/S/ Helen Gillmor
Helen Gillmor
Chief United States District Judge

cc:all parties of record

Civil No. 06-00256 HG-BMK; Karla Leary v. Robert Wayne Davis, et al.
ORDER MODIFYING AND ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS